**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Arturo Castro, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 15 CV 11861 |
| | ) | |
| v. | ) | Hon. Thomas M. Durkin |
| | ) | |
| Pro Paint, Inc., Auto Renew Group, LLC, Mark Nussbaum, Individually, Michael Barr, Individually, and Scott Greenberg, Individually, | ) ) ) ) | |
| Defendants. | ) | |

**AGREED PROPOSED ORDER**

This cause comes to be heard on the Parties' Joint Motion for Approval of the Settlement Agreement and Release between Plaintiff Arturo Castro and Defendants Pro Paint, Inc., Auto Renew Group, LLC, Mark Nussbaum, Michael Barr and Scott Greenberg. The Court having been fully advised, and the Court having reviewed and considered the Settlement Agreement and Release, NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Court has considered arguments concerning whether the proposed settlement of this litigation on the terms and conditions provided for in the Settlement Agreement and has had an opportunity to review the Settlement Agreement and Release.

2. The Court finds that the Settlement Agreement and Release is fair, reasonable and adequate, and approves the Settlement Agreement and Release.

3. The Settlement Agreement and Release is the result of arm's length negotiations, and provide substantial relief to Plaintiff; and

4. All of Plaintiff's claims in this lawsuit against Defendants are dismissed, initially without prejudice and will automatically convert to a dismissal with prejudice, with each party to

bear its own costs subject to the terms of the Settlement Agreement and Release, on May 30, 2016, unless Plaintiff files a Motion to Reinstate before or on that date to enforce the terms of this Agreement.

Dated: 4/29/2016    Entered: _____
                    Thomas M. Durkin

Prepared by:

Antonio Caldarone
William Wake
Laner Muchin, Ltd.
515 North State Street, Suite 2800
Chicago, Illinois 60654
(312) 467-9800
(312) 467-9479 (fax)

*Attorneys for Pro Paint, Inc., Auto Renew Group, LLC, Mark Nussbaum, Michael Barr, and Scott Greenberg*

Approved by:

Susan J. Best
Consumer Law Group, LLC
6232 North Pulaski Suite 200
Chicago, IL 60646
ralicea@yourclg.com

*Attorneys for Arturo Castro*